IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00427-07

UNITED STATES OF AMERICA,

       Plaintiff,

v.

MARIA ALEJANDRA QUEZADA,

       Defendant.

---

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

---

       IT IS ORDERED that Defendant, MARIA ALEJANDRA QUEZADA, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender herself by reporting to the Warden, FCI Tallahassee, 501 Capital Circle, NE, Tallahassee, Florida, on March 1, 2016, by 12:00 p.m., and will travel at her own expense.

       DATED: February 16, 2016.

                                    BY THE COURT:

                                    _____
                                    CHRISTINE M. ARGUELLO
                                    United States District Judge